S. H. & C. Doxey's Administrator v. Adelia Burns.

*Caveat emptor* applies to all purchases at administrators' sales ; and to an action upon a promissory note executed in consideration of a purchase at an administrator's sale, it is no defense that the title to the property for which the note was given has failed.

Appeal from Fayette. Tried below before the Hon. I. B. McFarland.

The head-note and opinion of the court sufficiently indicate the facts.

*J. B. Morris* and *W. H. Gazley*, for appellant.

No brief for the appellee has reached the hands of the reporter.

Walker, J. In this case the judgment of the District Court must be reversed. The appellees purchased the property for which the note sued on was given at administrator's sale. The maxim *caveat emptor* applies in all cases where property is purchased at administrators' sales ; and had the title failed, the appellees would still be liable for the purchase-money.

The judgment is therefore reversed and the cause remanded.

Reversed and remanded.